## CONSENT TO JOIN LAWSUIT AS A PARTY PLAINTIFF

*Flood v. Just Energy, et al.*, United States District Court for the Southern District of New York, Case No. 7:15-cv-02012 (AT)

I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* I consent, agree, and opt-in to become a party plaintiff to this lawsuit. I agree to be bound by any adjudication or settlement of this action by the Court, whether it is favorable or unfavorable, and agree to designate the class representative, Kevin Flood, as my agent, and I understand that I will be bound by the decisions and agreements made by and entered into by said representative.

I hereby designate the law firms of Giskan Solotaroff & Anderson LLP and Dworken & Bernstein to represent me in this action.

I have worked going door-to-door for Just Energy in the State of New York from:

Starting Date: 7/26/13 to 7/28/13 [end date of work].

Dated: 3/10, 2016   Signature: Kenneth M. Hoffman

Name (Printed): Kenneth M. Hoffman

Address: 160 Dartwood Drive, Cheektowaga, NY 14227

Telephone: 925-638-3752 ; Email address: Ken.m.hoffman@gmail.com

**This form must be returned by mail postmarked or successfully faxed no later than May 3, 2016 to: Catherine E. Anderson, Giskan Solotaroff & Anderson LLP, 11 Broadway, Suite 2150, New York, NY 10004, Fax: (646) 520-3236.**

1