# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

May 25, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2016

**VIA ECF**
Hon. Analisa Torres, U.S.D.J.
United States District Court,
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Flood v. Just Energy Marketing Corp., et al. Case No. 7:15-cv-02012-AT**

Dear Judge Torres:

This firm is co-counsel to Plaintiff in the above-referenced matter. With the consent of counsel for Defendants, I write to request a two week extension (until June 14, 2016) to file Plaintiff's reply brief in support of class certification. This is Plaintiff's first request for an extension in connection with this motion, and extending the briefing schedule by two weeks does not change any of the other deadlines set by the Court.

Respectfully submitted,

*Catherine E. Anderson*

Catherine E. Anderson

cc:   Ivan R. Novich, Esq., by email
      Bradley A. Sherman, Esq., by email
      Shannon K. Patton, Esq., by email
      *Counsel for Defendants*

      Nicole T. Fiorelli, Esq., by email
      *Counsel for Plaintiff*

GRANTED. Plaintiff shall file his reply by June **14, 2016.**

SO ORDERED.

Dated: May 25, 2016
       New York, New York

_____
ANALISA TORRES
United States District Judge

11 Broadway, Suite 2150 | New York, NY 10004 | Tel (212) 847-8315 | www.gslawny.com