UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

KEVIN FLOOD,

                         Plaintiff,

      -v-                                         7:15-cv-2012 (KBF)

JUST ENERGY MARKETING CORP., et al.,        ORDER

                        Defendants.
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 8, 2017

KATHERINE B. FORREST, District Judge:

       On January 20, 2017, the Court granted defendants' motion for summary judgment and denied as moot plaintiff's motion for class certification. The Court informed the parties that if no opt-in plaintiff submitted a Rule 56.1 statement setting forth how he or she was situated differently than Flood by February 3, 2017, the Court would enter judgment and close the case. As of today, the Court has not received any Rule 56.1 statements. Accordingly, for the same reasons as those set forth in the Court's January 20, 2017 decision at ECF No. 157, the Court grants summary judgment as to all remaining opt-in plaintiffs. The Clerk of Court is directed to enter judgment in favor of defendants and to terminate this action.

       SO ORDERED.

Dated:     New York, New York
             February 8, 2017

                                                    _____
                                                         KATHERINE B. FORREST
                                                       United States District Judge