DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2017

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

KEVIN FLOOD,

                                    Plaintiff,                    **15 CIVIL 2012 (KBF)**

                    -against-                                    **JUDGMENT**

JUST ENERGY MARKETING CORP., et al.,
                                    Defendant.

-------------------------------------------------------------X

On January 20, 2017, the Court granted defendants' motion and denied as moot plaintiff's

motion for class certification; the Court informed the parties that if no opt-in plaintiff submitted a

Rule 56.1 statement setting forth how he or she was situated differently than Flood by February 3,

2017, the Court would enter judgment and close the case; as of today ("February 8, 2017"), the

Court has not received any Rule 56.1 statement, and the matter having come before the Honorable

Katherine B. Forrest, United States District Judge, and the Court, on February 8, 2017, having

rendered its Order that for the same reasons set forth in the Court's January 20, 2017 decision,

granting summary judgment as to all remaining opt-in-plaintiffs and directing the Clerk of Court to

enter judgment in favor of defendants and to terminate this action, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated February 8, 2017, and for the same reasons as those set forth in the Court's

January 20, 2017 decision, summary judgment is granted as to all remaining opt-in plaintiffs and

judgment is hereby entered in favor of defendants; accordingly, the case is closed.

**Dated:** New York, New York
        February 10, 2017

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**

                                **BY:** _____
                                            **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
ON THE DOCKET ON 2/10/2017