UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN FLOOD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>JUST ENERGY MARKETING CORP., JUST ENERGY NEW YORK CORP., and JUST ENERGY GROUP, INC.,<br><br>        Defendants. | 7:15-CV-02012 (KBF)<br><br>**NOTICE OF APPEAL** |

     Notice is hereby given that the following parties, Plaintiff Kevin Flood, on behalf of himself and the Opt-In Plaintiffs, in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the Order entered on January 20, 2017, that granted Defendants' motion for summary judgment and held that the outside sales person exemption applied to Plaintiff's claims for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C.§ 201, *et seq.*, the Order entered on February 8, 2017, which extended the January 20, 2017 Order to the Opt-In Plaintiffs, and the Final Judgment entered on February 10, 2017.

February 16, 2017

/s/ Catherine E. Anderson
**Giskan Solotaroff & Anderson LLP**
Catherine E. Anderson, Esq.
217 Centre Street, 6th Floor
New York, NY 10013
Tel: (212) 847-8315
Email: canderson@gslawny.com

Nicole T. Fiorelli, Esq.
Frank Bartela, Esq.
**Dworken & Bernstein Co., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
Tel : (440) 352-3391
 Email:  nfiorelli@dworkenlaw.com
         fbartela@dworkenlaw.com

Counsel for Plaintiffs