**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case # 15-cv-2012(KBF)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand and eighteen.

Before:  Amalya L. Kearse,
         Debra Ann Livingston,
              *Circuit Judges,*
         Jeffrey Alker Meyer,
              *District Judge.**

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 19 2019

**JUDGMENT**
Docket No. 17-546

Kevin Flood, individually and on behalf of all others similarly situated, Abigail Wiltz, Yalontya Simmons, William Proctor, Victor Green, Akil Matas, Andrew Gugino, Andrew Williams, Bernard Becker, Brendan O'Malley, Chedeline Decius, Cheryl Root, Christopher Stringham, Aesha Johnson, Alibin Drayton, Conrad Campbell, Bryan Poppenger, Daryl Post, David Saroff, Michael A. Johnson, Christine Burns, Donette Kingston, Dwight Forbes, Fantasia Clark, Chunsey Bramlett, Floyd Mayo, Heidi Miner, Howard Heard, Jr., Jacob Oyebamiji, James Baker, III, James Fralix, Jason Darden, Jason Russell, Jaymie Carpenter, Jean Phanor, Jermain Alberga, Jordan Mitchell, Joseph Danial, Joseph Bobb, Jr., Joseph Fiato, Justin Nunez, Karin Calhoun, Kenneth Hoffman, Luke Biggins, Mari-Louise Merkwa, Mary Jo Carroll, Michael Slish, Milandro Genciana, Nathan Adams, Neil Telesford, Nicholas Barbato, Omar Niasse, Printa Dorrough, Robert DeProspero, Roxanne Knox, Runey Mah, Ryan McManus, Sasiya Davis, Shane Mennig, Sue Prom, Tamarah Teague, Tavaras Richardson, Theresa Brex, Tochukwu Ezeagwuna, Tommy Haywood, Corey Brewer, Edwin M. Rivera, Jr., Husein Robinson, Jenery Gonzalez, Tystfyr Butler, Adrian Mapp, Akilah Chander, Albertina Winstead, Anthony Thompson, Bernard Uleano, Brian Mahon, Bryan K. Smith, Jr., Carlos De Los Santos, Carlos Hodgson, Carrie Ann Kust, Chad Simmons, Christine Jones, DaNay Walker, Danzale Elston, Daryl Gilliam, David Pragel, Davon Bates, Demetrie Brown, Dorcas Rosa, Gaius Dipigney, Garrick Avera, Gerard Jefferson, Gina DiFilippi, Gregory Brainard, Gregory Maturano, Gregory Mitchell, Horace Francis, Jessyca Berroa, Johnny Oliver, Jonathan Eberlein, Jonathan Ross, Jordan Urbanski, Keith MacDonald, Kenneth Johnson, Khalid Hamideh, La'Trice T. Purdie, Marcell Eccles, Marisol Tavares, Martin Enders, Matthew Morales, Michael Pierre, Milton Flood, Nasiba Baimatowa, Norman Johnson, Oskar Rodriguez, Patrick Ruda, Raheem Reddick, Raymond Brown, Rocio Velazquez, Russell Martina, Terrance Hardy, Tymont Patton, William Porter, Brabim Hamal, Byron Respress, Darius Forrest, Elizabeth Marie Terry, Ingrid Cotterell Ingram, Jariemelle Rivera, Alex Mothersell, Alexander Caiello, Brandon Means, Dayquan Johnson, Jaion Hyman, Jennifer Zelaski, Roberto Flores, Trudy Nunan Hobaichan, Victoria Green, Ahmad Amin, Ashley Wolfe, Cortez Cross, Crystal White, Daquan Foster, Demetrius Harvin, Denise Lennon, Emmanuella Pierre-Toussaint, John Kornichak, John Monahan, Juan Lopez, Khaldyn El-Fares, Krisha Prunier, Lisa Chin, Lucinda Raptur, Michael Kirchmyer, Montewell Godley, Nathaniel

Bray, Sherman Walker, Stephen Marconi, Tamea Dixon, Tientcheu Lambert, Waylon Stewart, Ahmad Davis, Chantale Durand, Dilan Michael Bond, Margaret Ofikwu, Ronald William, Dante Gutierrez, Gary Schueler, Joshua Vincent, Scott Williams,

   Plaintiffs - Appellants,

v.

Just Energy Marketing Corp., Just Energy New York Corp., Just Energy Group Inc.,

   Defendants - Appellees.

_____

  The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

       For the Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court

_____
*Judge Jeffrey Alker Meyer, of the United States District Court for the District of Connecticut, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit